IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUBEN GABRIEL BETANCOURT, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-1435-FB |
| § | |
| CPS ENERGY, § | |
| § | |
| Defendant. § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed on June 5, 2024 (docket #20), is ACCEPTED such that Defendant CPS Energy's Motion to Dismiss Plaintiff's (docket #12) is GRANTED such that this case is DISMISSED WITH PREJUDICE for lack of subject-matter jurisdiction.

IT IS FURTHER ORDERED that this case is **CLOSED**.

It is so ORDERED.

SIGNED this 30th day of June, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE